IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID VELASQUEZ,

    Petitioner,                      No. CIV S-05-2118 LKK DAD P

    vs.

TOM L. CAREY, et al.,

    Respondents.                <u>ORDER</u>

_____/

    Respondents have requested an extension of time to file their response to the petition for a writ of habeas corpus pursuant to the court's order of October 3, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents November 1, 2006 request for an extension of time is granted; and

    2. Respondents shall file their response on or before December 17, 2006.

DATED: November 8, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
vela2118.111