IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID VELASQUEZ,

    Petitioner,               No. CIV S-05-2118 LKK DAD P

    vs.

TOM L. CAREY, et al.,

    Respondents.        ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Court records indicate that on January 16, 2007, petitioner filed his traverse; therefore, the court will grant plaintiff's request nunc pro tunc and deem his traverse timely filed. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 10, 2007 motion for an extension of time is granted nunc pro tunc; and

        2. Petitioner's traverse, filed on January 16, 2007, is deemed timely filed.

DATED: January 17, 2007.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
vela2118.111(2)